UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:                                                      CASE NO.  16-10199
JC FODALE ENERGY SERVICES, LLC                             CHAPTER 7
    DEBTOR

**AMENDED**
APPLICATION TO SELL MOVABLE PROPERTY, FREE AND CLEAR OF LIENS,
REFERRING LIENS TO THE PROCEEDS, AND WAIVE CLAIM, NOTICE OF HEARING
AND RESPONSE DEADLINE AND CERTIFICATE OF SERVICE

    A  hearing has been set on **October 30,  2017, at 9:30 a.m.**, at the United States Courthouse, 300 Fannin Street, 4th Floor, Courtroom 4, Shreveport, Louisiana.

    The trustee has filed an application to sell movable property, free and clear of liens, referring liens to the proceeds and waive claim. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.  If you do not want the court to grant the relief sought in the motion, then **on or before seven (7) days before the hearing date set forth for the motion,** you must file with the court a written response explaining your position by mailing your response by regular U.S. Mail to the Clerk of Court, United States Bankruptcy Court, 300 Fannin Street, Room 2201, Shreveport, LA 71101 OR your attorney must file a response using the court's ECF System.

    The court must receive your response on or before the date set above.

    You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to: John W. Luster, Attorney for John C. Conine, Trustee, Post Office Box 488, 1120 Williams Avenue, Natchitoches, LA  71458-0488.

    **IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE APPLICATION AND MAY ENTER AN ORDER GRANTING THAT RELIEF WITHOUT FURTHER HEARING OR NOTICE.**

    Now into court, through counsel,  comes John C. Conine, Trustee of the bankruptcy estate of JC Fodale Energy Services, LLC, who states:

**Jurisdiction and Venue**

1.

    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A).

2.

    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.

The statutory basis for relief is 11 U.S.C. §§704 and 363(f).

**Background**

4.

The debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") on February 9, 2016.

5.

Movant is the duly qualified trustee of the abovenamed debtor's estate.

6.

Among the assets of the debtor's estate are movable assets including all other tangible property located on the D.L.E.Z. Real Estate, LLC premises in McConnelsville, Ohio, including any tools, equipment, furniture, office equipment, software, goods, inventory and the following:

1.   2012 MAC VAC TRUCK,  1M2ANO7C3CM010875
2.   2008 International MXT 4x4, 5RJSXAFH78W657899
3.   Graphics Set-Up for MXT,  5RJSXAFH78W657899
4.   2014 Dorsey Flatbed Trailer Model DF53BTR, 5JYDF5322EE085459
5.   2014 Dorsey Flatbed Trailer Model DF53BTR,  5JYDF5329EE085460
6.   Portable Shower Trailer, 4D6EB0709FC039966
7.   Hudson Bros PW Trailer, 4MWGF3620CN029697
8.   102x35x5 TA GN Trailer, 5RVGN4026DM13512
9.   Safety Trailer, 5NHUTWZ20FY022443
10.  Safety Trailer,  5NHUTWZ24FY022445
11.  Safety Trailer, 5BWUV2827F1000050
12.  Safety Trailer,  5NHUTWZ24FU329220
13.  Safety Trailer, 5NHUVHZ26EY019597
14.  Wireline Trailer, 5NHUAMS33FU329156
15.  Wireline Trailer, 5NHUAMS39FU329159
16.  2014 Artex Wireline Body Model #3400 w/ EW Split Drum model #950, 1NKDLP0X9FJ432781
17.  Box Trailer, 5NHUNS620DU105186

This list excludes any explosives.

7.

Most movables are encumbered by liens in favor of JCF Equipment Financing I., LLC.  On information and belief, the creditor consents.

8.

The following items are believed not to be encumbered:

1)    2014 CCRG UT, VIN 5NHUTWZ24FY022445 (Louisiana title);
2)    2014 CCRG UT, VIN 5NHUTWZ20FY022443 (Louisiana title);
3)    2014 CCRG UT, VIN 5NHUVHZ26EY019597 (Louisiana title);
4)    2015 CCRG UT, VIN 5NHUAMS33FU329156 (Louisiana title);
5)    2015 CONTIN GATW TRLR, VIN 5NHUTWZ24FU329220 (Oklahoma title);
6)    Safety Trailer, VIN 5BWUV2827F1000050 (Louisiana).

9.

The waiver of the administrative claim is of greater value than the trailers in the trustee's view.

10.

Movant has received an offer from D.L.E.Z. Real Estate, LLC to purchase the movables for the sum of $100,000.00 plus waive any administrative portion of its claim. (POC #124). This waiver constitutes the benefit to the estate.

11.

As a portion of the agreement, the estate agrees to dispose of estate property (explosives) located on the premises.

12.

Movant is requesting authority to pay the secured creditor, JCF Equipment Financing I, LLC, the sum of $100,000.00 in partial satisfaction of its secured claim.

13.

**The governmental unit that has issued the certificates of title for the above-listed assets to the debtor shall issue new certificates of title for such assets, free and clear of all liens, to D.L.E.Z. Real Estate, LLC, 405 Watertown Road, Waterford, Ohio 45786, as a non-resident, for immediate removal, without any further of court, and without presentation of any further evidence of ownership.**

14.

If for some reason this sale is not authorized, the trustee is authorized but not required to abandon any of the assets listed above.

**Relief Requested**

15.

Movant is requesting authority to sell movables, free and clear of liens, referring liens to the proceeds waive claim, and dispose of explosives on estate property.

WHEREFORE, John C. Conine, Trustee, prays that, after due notice and opportunity for objection, that an order be entered in consonance with these pleadings.

_____/s/ John W. Luster_____

JOHN W. LUSTER    (Bar Roll #9184)
Post Office Box 488
1120 Williams Avenue
Natchitoches, LA  71458-0488
Telephone: (318) 352-3602
Facsimile: (318) 352-3608
E-mail: luster_j@bellsouth.net
Attorney for John C. Conine, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2017, a copy of the Amended Application to Sell Movable Property, Free and Clear of Liens, Referring Liens to the Proceeds and Waive Claim, Notice of Hearing and Response Deadline and Certificate of Service was sent to all parties listed on the attached mailing list by placing same in the United States mail service, postage paid and properly addressed.

_____/s/ Ellen L. Tucker_____
Ellen L. Tucker

Label Matrix for local noticing
0536-5
Case 16-10199
Western District of Louisiana
Shreveport
Wed Oct  4 10:35:37 CDT 2017

4-Star Hose & Supply, Inc.
PO Box 541356
Dallas, TX  75354-1356

A-Dependable Drug Testing, LLC
403 Temple Hall Hwy
Granbury, TX 76049-8105

AIRGAS USA LLC
110 WEST 7TH ST.
SUITE 1400
TULSA, OK 74119-1077

AP Manufacturing INC.
P.O. Box 7922
Odessa, TX 79760-7922

AP Manufacturing Incorporated
Michael T. Morgan
400 W. Illinois, Suite 120
Midland, TX 79701-4348

Ability Printing
1750 Claiborne Ave.
Shreveport, LA 71103-4119

Agfinity, Inc
260 Factory Rd
Eaton, CO 80615-3481

Airgas USA, LLC
2015 Vaughn Rd, Bldg 400
Kennesaw, GA 30144-7802

Allegiance, LLC
PO Box 37952
Shreveport, LA 71133-7952

Allstate Truck Sales of Eastern Ohio, LLC
3680 LeHarps Road
Youngstown, OH 44515-1436

Allstate Truck Sales of Eastern Ohio, LLC
327 Stonecreek Road, NW
New Philadelphia, Ohio 44663-6902

Ally Financial
1027 Ninth Street
New Orleans, LA 70115-2357

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Amazing Lawns & Landscaping
127 Merrick Rd.
Cambridge, OH 43725-8727

American A/C & Heating of Louisiana, Inc.
2840 Stafford Street
Bossier City, LA 71112-3451

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express Travel Related Services Com
Inc
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

M. Thomas Arceneaux
Blanchard, Walker, O'Quin & Roberts
PO Drawer 1126
Shreveport, LA 71163-1126

Argus Group Holdings, LLC
Law Office of Marty R. Howard
13775 Rosewood Drive
Olive, Iowa 50325-8703

Austintown Precision Welding Inc.
1272 Depot Street
Mineral Ridge, OH 44440-9560

Aztec Events & Tents
601 W 6th Street
Houston, TX 77007-2417

BCE Cleaning Systems LLC
P.O. Box 1598
Calhoun, GA 30703-1598

Baker Hughes Oilfield Operations, Inc.,
A Subsidiary of Baker Hughes
Incorporated
P.O. Box 4740
Houston, TX 77210-4740

Baker Hughes Oilfield Operations, Inc., a Su
P.O. Box 4740
Houston, TX 77210-4740

Bancequity Petroleum Corporation
8821 S. Freeway Drive - Suite B
Macedonia, OH 44056-1506

Bank of the West
ATTN:  Diane M. Miller
155 North Wacker Drive
Chicago, IL 60606-1787

Bank of the west
2527 camino ramon
san ramon, ca 94583-4213

John T. Banks
Perdue, Brandon et al
3301 Northland Drive Suite 505
Austin, TX 78731-4954

Bee County
Linebarger Goggan Blair & Sampson LLP
POB 17428
Austin, TX 78760-7428

Bee County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

Bell Supply Company, LLC
P.O. Box 1597
Gainesville, TX 76241-1597

Blake Timmons
2112 Francisco pass
Canyon Lake, Texas 78133-3021

Julia E. Blewer
Davidson Summers APLC
330 Marshall Street, Suite 1114
Shreveport, LA 71101-3036

Charles C. Bourque Jr.
St. Martin & Bourque
PO Box 2017
Houma, LA 70361-2017

Brawler Industries, LLC
c/o Timothy J Henderson
6300 West Loop South
Suite 280
Bellaire, TX 77401-2903

CDW, LLC
Attn: Ronelle Erickson
200 N. Milwaukee Ave.
Vernon Hills, IL 60061-1577

CLS Water Pit
800 County Road 257
Liberty Hill, TX 78642-4701

Capgemini America, Inc./Capgemini Technologi
623 Fifth Avenue, 33rd Floor
New York, NY 10022-9104

Christopher T. Caplinger
Lugenbuhl Wheaton et al
601 Poydras Street, Ste 2775
New Orleans, LA 70130-6041

Carefree Janitorial Supply
PO Box 5255
Bossier City, LA  71171-5255

Carrie Lockwood
762 Highland Square Drive
Keithville, LA 71107-3202

E. Keith Carter
4415 Thornhill
Second Floor, Ste. A
Shreveport, LA 71106-1553

Caterpillar Financial Services Corp.
Jan Hayden
Baker Donelson
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170-3600

Caterpillar Financial Services Corp.
c/o Christopher Vitenas
450 Laurel Street, 20th Floor
Baton Rouge, LA 70801-1828

Cerni Motor Sales, Inc.
5751 Cernie Place
Youngstown, OH 44515-1174

Chammas Cutters, Inc.
11320 FM 529, Bldg.
Houston, TX 77041-3222

Chem-Tech Services, Inc.
1935 West Avenue
P.O. Box 1619
Levelland, TX 79336-1619

Christopher C. Surles
P.O. Box 1972
Dilley, TX 78017-1972

Christopher C. Surles and Lois Lea Surles
P.O. Box 1972
Dilley, TX 78017-1972

Clean Blast Services, Inc.
Dept #41575
PO Box 650823
Dallas, TX 75265-0823

Clements Fluids South Texas, Ltd
Preston W. McGee
1021 ESE Loop 323, Ste 200
Tyler, TX 75701-9607

Cole, Evans, & Peterson, CPAs
P.O. Drawer 1768
Shreveport, LA 71166-1768

Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548
( 78711-2548

John Clifton Conine
1150 Miller Farm Rd.
Natchitoches, LA 71457-5322

Continental Bank
c/o Norman I. Lafargue
P.O. Box 72
Shreveport, LA 71161-0072

Continental Bank,
15 West South Temple, Suite 420
Salt Lake City, UT 84101-1514

Country Roll Off Services, LLC
Riffel Law Firm, PLLC c/o Johnson Benham
3517 W. Owen K. Garriott, Ste One
Enid, OK 73703-4952

Courtney Williams
Doyle LLP
3401 Allen Parkway, Suite 100
Houston, TX 77019-1857

Cunningham Charter Corporation
Attn:  William Cunningham
120 N. Main Street
Anna, IL 62906-1617

D & N Technologies
200 Chihuahua St
San Antonio, TX 78207-6330

D.L.E.Z Real Estate, LLC
Damian Lang
405 Watertown Rd
Waterford, OH 45786-5248

DG Welding & Design LLC.
5975 Hilaman Lane
McConnelsville, OH 43756-9418

DISA Global Solutions, Inc.
12600 Northbrough Drive Ste 300
Houston, TX 77067-3212

DNOW, LP
Kori Mills
7402 N. Eldridge Parkway
Houston, TX 77041-1902

Dallas Thompson
One Financial Center
650 South Shackleford, Suite 411
Little Rock, AR 72211-3563

David Brinkman
1802 W. Spanish Trail Drive
Granbury, Texas 76048-1705

David S. Rubin
Kantrow Spaht Weaver & Blitzer (APLC)
P. O. Box 2997
Baton Rouge, LA  70821-2997

Davidson, Jones & Summers, Client trust
509 Market St, Ste 1000
Shreveport, LA 71101-3251

De Lage Langden Financial
1111 Old Eagle School Road
Wayne, PA 19087-1453

Patrick M. Dennis
3401 Allen Parkway, Ste 100
Houston, TX 77019-1857

Patrick Mason Dennis
Doyle LLP
3401 Allen Parkway, Suite 100
Houston, TX 77019-1857

Dilley ISD
Don Stecker
Linebarger Goggan Blair & Sampson, LLC
711 Navarro, Ste 300
San Antonio, TX 78205-1749

Dorsal Services, Inc.
PO Box 129
Agua Dulce, TX 78330-0129

Dow Cameron Oil & Gas LLC
5555 Eden Park Dr.
Zanesville, OH 43701-7052

Down Hole Pressure Inc.
P.O. Box 497
Broussard, LA 70518-0497

Bradley L. Drell
POB 6118
Alexandria, LA 71307-6118

E470 Public Highway Authority
22470 E. 6th Parkway, Ste 100
Aurora, CO 80018-2425

EH National Bank
9701 Wilshire Blvd, Suite 101
Beverly Hills, CA 90212-2026

c/o W. Lake Hearne EH National Bank
Cook, Yance, King & Galloway
P.O. Box 22260
Shreveport, LA 71120-2260

Element Financial Corp.
C/O Aaron B. Greenbaum
Pusateri Barrios Guillot & Greenbaum
1100 Poydras Street, Suite 2250
New Orleans, LA 70163-2300

Eltex Wash Rack Services, Inc.
c/o Richard J. Wallace, III
Scheef & Stone LLP
500 N. Akard, Ste. 2700
Dallas, TX 75201-3306

Eltex Wash Rack Services, Inc.
PO Box 370
Karnes City, TX 78118-0370

Enterprise Fleet Management, Inc.
3545 N I-10 Service Rd Suite 200
Metairie, LA 70002-5948

Eric Lewis
One Financial Center
650 South Shackleford, Suite 411
Little Rock, AR 72211-3563

FHE USA LLC
200 Park Avenue, Suite 5800
New York, NY 10166-0005

Fast Flow Pipe & Supply, Inc.
P.O. Box 270095
Corpus Christi, TX  78427-0095

Fastenal Company
2001 Theurer Blvd
Winona, MN 55987-9902

FedEx TechConnect, Inc.
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd. Module G.,3rd Floor
Memphis,TN 38116-5017

First Guaranty Bank
P O Box 2009
Hammond, la 70404-2009

Fiske Electric
6766 ECR 18
Johnstown, CO 80534

Flores New & Used Auto Glass
1227 Quintana Rd
San Antonio, TX 78211-1132

Fortune Auto and Truck Parts
210 North Main
Fairview, OK 73737-1623

Frank Menchaca
One Financial Center
650 South Shackleford, Suite 411
Little Rock, AR 72211-3563

Frederick's Machine & Tool Shop, Inc.
c/o Brandon K. Black
Jones Walker LLP
8555 United Plaza Blvd., 5th Floor
Baton Rouge, LA 70809-7028

Frio County
PO Box 6158
San Antonio, TX 78209-0158

G&H Diversified Manufacturing, LP
P.O. BOX 2488
Houston, TX  77252-2488

Gemma J Magee
2016 Pine Ridge Way
Benton, LA 71006-3488

Gibsland Bank & Trust
P.O. Box 180
Gibsland, LA 71028-0180

Gonzaba Medical Group
PO Box 843816
Dallas, TX  75284-3816

Great Plains Oilfield Rental
PO Box 650840
Dallas, TX 75265-0840

(p)GREATAMERICA FINANCIAL SERVICES CORPORATIO
PO BOX 609
CEDAR RAPIDS IA 52406-0609

Greeley Computer Services
2116 35th Ave Suite B
Greeley, CO 80634-3957

Aaron Benjamin Greenbaum
Pusateri, Barrios, Guillot & Greenbaum
1100 Poydras Street, Suite 2250
New Orleans, LA 70164-0001

Jan Marie Hayden
Baker Donelson
201 St. Charles Avenue, 36th Floor
New Orleans, LA 70170-1000

W. Lake Hearne
Cook, Yancey, King & Galloway APLC
POB 22260
Shreveport, LA 71120-2260

Heather Keller
1124 Pelican Creek Drive
Shreveport, LA 71106-8539

Joseph P. Hebert
P. O. Box 52008
Lafayette, LA 70505-2008

Heckmann Water Resources (CVR), INC.
P. O. Box 1369
Minot, ND 58702-1369

Jenny Hennes
521 Starr St.
Corpus Christi, TX 78401-2344

Nicole E. Henning
435 W. Nakoma Ste 101
San Antonio, TX 78216-2627

Holt Texas Ltd
Zachary J. Fanucchi
700 N. St. Mary's St., Ste 182
San Antonio, TX 78205-3507

Hunting Titan, Inc.
POB 2316
Pampa, TX 79066-2316

JC Fodale Energy Services, LLC
6003 Financial Plaza
Shreveport, LA 71129-2670

JCF Equipment Finance I, LLC
c/o Liskow & Lewis
Attn: Joseph P. Hebert
822 Harding Street
Lafayette, LA 70503-2361

JL ICE LLC
PO Box 478
Crystal City, TX 78839-0478

Jackson Reconstruction, Inc.
PO Box 20619
Hot Springs, AR 71903-0619

James Palermo
100 Evening Breeze
Cibolo, TX 78108-4264

Jarvis Wade
66 SW 122nd Rd.
Wilburton, OK 74578-5111

Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collections Division MC 008
PO Box 12548
Austin, Texas 78711-2548

Jeremiah Spain
One Financial Center
650 South Shackleford, Suite 411
Little Rock, AR 72211-3563

B. Slattery Johnson Jr.
333 Texas Street, Suite 700
Shreveport, LA 71101-3600

Jorge Zarate
One Fiancial Center
650 South Shackleford, Suite 411
Little Rock, AR 72211-3563

KARNES COUNTY
JOHN T BANKS
C/O PERDUE BRANDON FIELDER COLLINS &
3301 NORTHLAND DRIVE, SUITE 505
AUSTIN, TX 78731-4954

Karnes County
c/o John T. Banks
3301 Northland Drive Suite 505
Austin, TX 78731-4954

Patrick Kelley
6101 S. Broadway, Ste. 500
Tyler, TX 75703-4408

Kelly Mayfield
279 Sandridge Dr
Giddings, TX 78942-3613

LA Chemical, L.L.C.
2250 Hospital Drive, Suite 204
Bossier City, LA 71111-2168

Norman I. Lafargue
P.O. Box 72
Shreveport, LA 71161-0072

Michael E. Landis
Gordon, Arata, Montogomery, Barnett
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000

Latham & Watkins, LLP
Mitchell A. Seider and Marc A. Zelina
885 Third Ave.
New York, NY 10022-4874

Lee County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

Liberty Trailer Co.
10120 Highway 70
North Little Rock, Arkansas 72117-9571

Life Line Technologies, LLC
Troy Istre
1245 S. College Rd., Ste. 101
Lafayette, LA 70503-2923

Louisiana Department Of Revenue
PO Box 66658
Baton Rouge La 70896-6658

Louisiana High School Athletic Association
12720 Old Hammond Hwy
Baton Rouge, LA 70816-1037

Louisiana Workforce Commission
UI Support - Room 322
PO Box 94094
Baton Rouge, LA 70804-9094

Lunn, Irion, Salley, Carlisle & Gardner
PO Box 1534
Shreveport, LA 71165-1534

John W. Luster
PO Box 488
Natchitoches, LA 71458-0488

MORRISON SUPPLY COMPANY LLC
PO BOX 70
FORT WORTH, TX 76101-0070

Mack Financial Services, a division of VFS U
PO BOX 26131
Greensboro, NC 27402-6131

Magnum Oil Tools International, LTD
5655 Bear Lane, Suite 100
Corpus Christi, TX 78405-4404

Arthur S. Mann III
The Sundmaker Firm, LLC
1027 Ninth St.
New Orleans, LA 70115-2357

Mantek
Credit Bureau
2727 Chemsearch Blvd
Irving, TX 75062-6454

Marietta Occupational Health Partners
401 Matthew Street
Marietta, OH 45750-1635

Mark Williams
802 Grey Fox Cr.
Haughton, La 71037-9393

G. James Martinez
The Henning Firm
435 West Nakoma Street, Ste. 101
San Antonio, TX 78216-2627

Medcor, Inc.
4805 W. Prime Parkway
McHenry, IL 60050-7002

Mercedes-Benz Financial Services USA LLC
The Sundmaker Firm, LLC
1027 Ninth Street
New Orleans, LA 70115-2357

Mesquite Logistic Systems
100 Fairway Drive
Kerrville, TX 78028-6437

Michael J. Pasko
c/o The Henning Firm
435 West Nakoma, Suite 101
San Antonio, TX 78216-2627

Michelle Whitis McDonnell
7657 Williams Rd
Keithville, LA 71047-5513

Mike Patterson
5708 89 st
Lubbock, TX 79424-4528

Milfair Linoleum & Carpet Co.
634 Steubenville Ave.
Cambridge, OH 43725-2242

Miller Enviromental SErvices, Inc.
PO Box 5233
Corpus Christi, TX 78465-5233

Mireles Party Ice
1635 S.Zarzamora
San Antonio, TX 78207-7214

Mollitiam Credit Opportunities - JCF LLC
Mollitiam Credit Opportunities - JCF II
c/o Liskow & Lewis
Attn: Joseph P. Hebert
822 Harding Street
Lafayette, LA 70503-2361

NAVEX Global, Inc.
P.O. Box 60941
Charlotte, NC 28260-0941

NGL Solids Solutions, Inc.
6120 South Yale, Suite 805
Tulsa, OK 74136-4233

National Union Fire Insurance Company of Pit
Ryan G. Foley, Authorized Representative
175 Water Street,15th Floor
New York, New York 10038-4918

Nelson Menchaca
One Financial Center
650 South Shackleford, Suite 411
Little Rock, AR 72211-3563

Nelson Propane Gas Incorporated
P. O. Box 2127
Corsicana, TX 75151-2127

North American Sealing Solutions
5801 Curzon Ace Suite 233
Fort Worth, TX 76107-5800

North Texas Tollway Authority
P.O. Box 660244
Dallas, TX 75266-0244

Ogburn's Truck Parts
P.O.Box 4630
Fort Worth, TX 76164-0630

Ohio Bureau of Worker's Compensation
PO Box 15567
Columbus, OH 43215-0567

Ohio Department of Taxation
PO Box 530
Columbus, OH 43216-0530

Ohio River Colliers, LLC
PO Box 128
Bannock, OH 43972-0128

Oil States Energy Services, LLC
Grant Pl Harpold
2229 San Felipe, Ste 1000
Houston, TX 77019-5639

Origin Bank f/k/a Community Trust Bank
c/o R. Douglas Wood, Jr.
PO Box 2306
Monroe, LA 71207-2306

Oscar Castillo
1875 Taft St
Eagle Pass, TX 78852-5266

Owen Oil Tools LP
c/o Jay A. Wald, CCE
6316 Windfern Rd.
Houston, TX 77040-4916

Ozarko Tire Centers
P.O. Box 1087
West Plains, MO 65775-1087

PACCAR Financial Corp.
Attn.: Linda Markle
777 106th Ave. NE
Bellevue, WA 98004-5027

(p)PACCAR FINANCIAL CORP
P O BOX 1518
BELLEVUE WA 98009-1518

PGK Engineering
675 East Big Beaver Road
Suite 105
Troy, MI 48083-1427

PO Box 1751
c/o John Seth Bullard
Orgain, Bell & Tucker, LLP
Beaumont, TX 77704-1751

James A. Palermo
100 Evening Breeze
Cibolo, TX 78108-4264

Michael Pasko
c/o G. James Martinez
435 W. Nakoma, Ste 101
San Antonio, TX 78216-2627

Paul Whitworth
One Financial Center
650 South Shackleford, Suite 411
Little Rock, AR 72211-3563

Paula Moore
P.O. Box 816
Giddings, TX 78942-0816

Payne Mechanical Services
4415 Thornhill Ave.
Shreveport, LA 71106-1553

Peter Drew Communication Services
87 Church Street East
Hartford, CT 06108-3742

Phelps Dunbar LLP
4270 I-55 North
Jackson, MS 39211-6391

Pinnacle Manufacturing, LLC.
512 West Henderson Rd.
Boaz, AL 35957-1009

Pitney Bowes Inc
27 Waterview Dr, 3rd Fl
Shelton CT 06484-4361

Porter's Cleaners
512 Benton Road
Bossier City, LA 71111-4708

Predator Pressure Control & Crane Servi
William R. Sudela
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019-2125

Quality WirelinE & Cable Inc.
108 Bayou Lane
Breaux Bridge, LA 70517-7252

Quality Wireline & Cable
1507 Royal Avenue
Monroe, La 71201-5609

R and R IMPLEMENTS
16737 S IH 35
DILLEY, TX 78017-4622

Robert W. Raley
 Ayres, Shelton, Williams, et al
333 Texas Street, 1400 Regions Tower
Shreveport, LA 71101-3666

Ray's Plumbing & Pump Service
Corrigan & Corrigan PLLC
404 Garraty Rd
San Antonio, TX 78209-5939

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Red Ball Oxygen Company Inc.
PO Box 7316
Shreveport, LA 71137-7316

Richard H Holt
P.O.Box 816
Giddings, TX 78942-0816

David S. Rubin
P. O. Box 2997
Baton Rouge, LA 70821-2997

Russell Barnes
28460 windows Dr east
Boerne, TX 78006

SM Energy Company
1775 Sherman Street
Denver, CO 80203-4339

STRASBURGER & PRICE, LLP
2301 Broadway
San Antonio, TX 78215-1157

Sanford Law Firm, PLLC
One Financial Center
650 South Shackleford, Suite 411
Little Rock, AR 72211-3563

Santander Bank, NA
Luanne K. Chu. Esq
3 Huntington Quadrangle, Ste 101N
Melville, NY 11747-4623

Jason R. Searcy
POB 3929
Longview, TX 75606-3929

Security State Bank
c/o Julia E. Blewer
330 MARSHALL ST
STE 1114
SHREVEPORT, LA 71101-3036

Robert H. Shemwell Jr.
912 Kings Hwy.
Shreveport, LA 71104-4236

Shouse Collision Repair
5900 Greenwood Rd
Shreveport, LA 71119-8604

Siemens Financial Services, Inc.
Attn:  David S. Rubin
Kantrow Spaht Weaver & Blitzer (APLC)
P. O. Box 2997
Baton Rouge, LA 70821-2997

Stacey Waldron Santoro - Employee
1128 CC Sandidge Road
Elm Grove, LA 71051-8589

State of Wyoming
Department of Revenue
122 West 25th Street
Cheyenne, WY 82001-3004

Stefan Meador
One Financial Center
650 South Shackleford, Suite 411
Little Rock, AR 72211-3563

Stephen Allen
650 South Shackleford, Suite 411
Little Rock, AR 72211-3563

Sterling National Bank
500 Seventh Avenue
3rd Floor
New York, NY 10018-5067

Sterling National Bank
c/o Platzer, Swergold
ATTN:  Mitchell Kaplan
475 Park Avenue South - 18th Flr
New York, NY 10016-6901

Stout, Risius & Ross, Inc.
4000 Town Center, 20th Floor
Southfield, MI 48075-1415

Summers Rubber Company
12555 Berea Rd.
Cleveland, OH 44111-1619

Sun Coast Resources, Inc
Rogers, Carter & Payne, LLC
4415 Thornhill Ave.
Shreveport, LA 71106-1553

Sun Coast Resources, Inc.
c/o Mike Stoner
6405 Cavalcade Bldg. 1
Houston, TX 77026-4315

Christopher C. Surles
4040 Broadway
Suite 430
San Antonio, TX 78209-6353

TUCKER ELLIS, LLP
950 Main Street
Suite 1100
Cleveland, OH 44113-7213

David R. Taggart
401 Edwards
10th Floor
Shreveport, LA 71101-3289

Talk Shop
PO Box 2103
Greeley, CO 80632-2103

Texas Training Center
2914 Park Blvd
Odessa, TX 79763-3631

Texas Workforce Commission, Special Actions
Regulatory Integrity Division
101 E. 15th Street, Room 556
Austin, TX 78778-0001

The Artex Group, LLC
National Oilwell Varco, L.P.
Darin Day
7909 Parkwood Circle Drive
Houston, TX 77036-6757

The Travelers Indemnity Company of America,
Attn: Christopher Caplinger
601 Poydras Street, Suite 2775
New Orleans, LA 70130-6041

Thomson Reuters - Westlaw
610 Opperman Drive
Eagon, MN 55123-1340

Time It Lube
1225 Mercedes Benz Dr.
Shreveport, LA 71115-2329

Trio Equip. Rental & Services, LLC
Ronald A. Simank
Schauer & Simank, PC
615 North Upper Broadway, Suite 700
Corpus Christi, TX 78401-0857

Truck Sales & Service
PO Box 262
Midvale, Ohio 44653-0262

Tryton Tools USA, Inc.
c/o Marley Hanrahan
1100 250 2 Street SW
Calgary, AB Canada T2P 0CI

Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101-3122

U.S. Brine Co., LLC
1250 NE Loop 410, Ste 500
San Antonio, TX 78209-1533

Uline Shipping Supplies
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

Unifirst Holdings, Inc
c/o Matthew Neill Davis
P.O Box 346
Enid, OK 73702-0346

Unifirst Holdings, Inc.
6000 Bolm Rd.
Austin, TX 78721-3631

Unique Straight Line Signs & Designs
2776 Coopermill Road
Zanesville, OH 43701-7041

VACUUM TRUCK RENTALS LLC
P O BOX 180789
RICHLAND, MS 39218-0789

Valley Fire Extinguisher Inc.
1016 25th AVE.
Greeley, CO 80634-3522

Christopher M. Vitenas
Baker, Donelson, Bearman, Caldwell at al
450 Laurel Street, 20th Floor
Baton Rouge, LA 70801-1828

W.W. Grainger,Inc.
7300 North Melvina Ave MWX22886007678
Niles, IL 60714-3998

WEAVERTOWN TRANSPORT LEASING INC
2 DORRINGTON RD
CARNEGIE, PA 15106-1615

Gregory J. Walsh
The Sundmaker Firm, LLC
1027 Ninth St.
New Orleans, LA 70115-2357


Warrior Energy Services Corporation
Sessions Fishman Nathan & Israel
3850 N. Causeway Blvd. Suite 200
Metairie, LA 70002-7227

Weavertown Environmental Group
2 Dorrington RD.
Carnegie, PA 15106-1615

Western Pressure Controls
10021-56 Ave. NW
Edmonton, AB T6E 5L7 CANADA


William Edward Berry
Allison Sarah Hartry
The Morales Firm, P.C.
115 E. Travis, Suite 1530
San Antonio, TX 78205-1766

William Edward Carr
Allison Sarah Hartry
The Morales Firm, P.C.
115 E. Travis, Suite 1530
San Antonio, TX 78205-1766

Stephen L. Williamson
Montgomery, Barnett
3300 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163


Windstream Communications
Attn: Financial Services
1720 Galleria Blvd
Charlotte, NC 28270-2408

Joseph S. Woodley
Pettiette Armand Dunkelman Woodley et al
400 Texas St., Suite 400
Shreveport, LA 71101-3546

Wyoming Worker's Compensation
Department of Workforce
1510 East Pershing Blvd.
Cheyenne, WY 82002-0001


Zubeldia Energy Services, LLC
PO Box 112
Pecos, TX 79772-0112



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


GreatAmerica Financial Services Corporation
ATTN: Peggy Upton
P.O. Box 609
Cedar Rapids, IA 52406

PACCAR Financial Corp.
Attn:  L. Markle, BK Specialist
P.O. Box 1518
Bellevue, WA 98009-1518



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Ally Financial
PO Box 130424
Roseville, MN 55113-0004

(u)BankDirect Capital Finance, LLC

(u)Capgemini Technologies LLC


(u)Capgemini U.S. LLC

(u)Dilley ISD

(u)Element Financial Corp.